UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GEGORGE MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO.  1:06-cv-1298-RLY-WTL |
| ) | |
| THE INDIANA HEART HOSPITAL, LLC, ) | |
| ) | |
| Defendant. ) | |

| | | |
|---|---|---|
| GEORGE MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  1:06-cv-1298-RLY-WTL |
| | ) | |
| THE INDIANA HEART HOSPITAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY ON MOTION TO AMEND COMPLAINT

This cause is before the Magistrate Judge on the Plaintiff's motion to amend his complaint and the Defendant's response thereto.  The Plaintiff has not filed a reply in support of his motion, and the time for doing so has expired.  The Magistrate Judge, being duly advised, **GRANTS IN PART and DENIES IN PART** the motion as set forth below.

Plaintiff George Martin, who is profoundly deaf and communicates in American Sign Language, alleges that Defendant The Indiana Heart Hospital, LLC, ("the Hospital") violated the Americans with Disabilities Act and § 504 of the Rehabilitation Act by failing to provide a qualified sign language interpreter for Martin a various times when he was a patient there.  In the instant motion, Martin seeks to amend his complaint to add an additional claim of discrimination based upon the Hospital's failure to make certain parts of its website accessible to deaf people.  Martin also wishes to add an additional plaintiff, Andrew St. John, who alleges that he was denied timely access to an American Sign Language interpreter when he visited the Hospital on November 29, 2006.

The deadline for amending the pleadings and adding parties was January 30, 2007.  Martin has not established good cause, or even given any reason, for not seeking leave to add St.

John as a party prior to that deadline. While both St. John and Martin claim that they were not provided with an American Sign Language interpreter by the Hospital in a timely manner, the specific circumstances of their allegations will have to be proved independently of one another; therefore, the judicial economy that might be gained from trying the two men's claims together does not appear to be significant enough to constitute good cause to permit the untimely amendment. Accordingly, the motion to amend is **denied** as to adding St. John as a plaintiff.

With regard to Martin's claim regarding the Hospital's website, the Magistrate Judge finds that there is good cause to permit the untimely amendment, inasmuch as Martin alleges that the events underlying that claim occurred after the January 30th deadline. Further, there is ample time remaining before trial to conduct whatever discovery might be necessary regarding the claim. Accordingly, the motion to amend is **granted** as to this claim.

**Within 7 days of the date of this Entry**, Martin shall file an amended complaint that complies with this Entry.

SO ORDERED: 03/30/2007

*William T. Lawrence*

Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana

Copies to:

Philip J. Gibbons Jr.
HASKIN LAUTER LARUE & GIBBONS
pgibbons@hllglaw.com

Edward A. Kersten
HASKIN LAUTER LARUE & GIBBONS
ekersten@hllglaw.com

Richard A. Smikle
ICE MILLER LLP
richard.smikle@icemiller.com